IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DALE ANTWUN DAVIS,
    Plaintiff,

vs.                                         Case No.: 3:17cv666/LAC/EMT

DEPARTMENT OF CORRECTIONS, et al.,
    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 13, 2017 (ECF No. ). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objection has been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 13th day of December, 2017.

                         s/*L.A. Collier*
                       **LACEY A. COLLIER**
                       **SENIOR UNITED STATES DISTRICT JUDGE**